IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAUREEN YALLUM, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 12-823 |
| THE MEADOWS RACETRACK & CASINO, | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 20TH day of November, 2012, after the plaintiff filed an action in the above-captioned case, and after a motion to dismiss count II of the amended complaint was submitted by defendant, The Meadows Racetrack and Casino, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties fourteen days after being served with a copy to file written objections thereto, and no objections being filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 19), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion to dismiss count II of the amended complaint (Docket No. 9) is DENIED.

_____
United States District Judge